IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

KENNETH SOWELL,

    Plaintiff,

v.

    Case No. 3:23-cv-9 (CDL)

Former President DONALD J. TRUMP, *et al.*,

    Defendants.

## **J U D G M E N T**

Pursuant to this Court's Order dated March 23, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 23rd day of March 2023.

    David W. Bunt, Clerk

    s/ Timothy L. Frost, Deputy Clerk